# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**

**v.**

**Timothy Vo**

**No. 26-mj-207 (GMH)**

## MOTION FOR ORDER AUTHORIZING RELEASE OF MEDICAL RECORDS

Timothy Vo, by and through his attorney, respectfully requests that this Court grand his Motion for a Subpoena Authorizing the Release of his Medical Records from the D.C. Department of Corrections. Mr. Vo is represented by undersigned counsel. Counsel has not had an opportunity to have Mr. Vo sign a release but requires Mr. Vo's medical records to potentially form a release plan for any upcoming detention hearing and to determine if any other next steps are necessary in his case. Mr. Vo thus requires that this Court sign an order authorizing the Department of Corrections to release the medical records to counsel.

## Conclusion

Mr. Vo requests that the Court authorize the release of his medical records to undersigned counsel.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Michael Beach
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**

**v.**

**Timothy Vo**

**No. 26-mj-207 (GMH)**

## ORDER

It is hereby ORDERED that the Motion is Granted; it is further ORDERED that the DC Jail Medical Records Department provide counsel for Mr. Vo with all available medical records on a continuing basis.

Date: ______________

_________________________________
THE HONORABLE G. MICHAEL HARVEY
UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA