**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.** |
| **v.** | : | **VIOLATIONS:** |
| **TIMOTHY VO,** | : | **18 U.S.C. § 1361**<br>**(Destruction of Government Property)** |
| **Defendant.** | : | **18 U.S.C. § 111**<br>**(Assaulting, Resisting, or Impeding Certain Officers or Employees)** |

**<u>INDICTMENT</u>**

The Grand Jury charges that:

**<u>COUNT ONE</u>**

On or about November 9, 2026, within the District of Columbia, **TIMOTHY VO**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is, an exhibit located at Lafayette Square, causing damage in an amount more than $1,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Sections 1361)

**<u>COUNT TWO</u>**

On or about the November 9, 2026, within the District of Columbia, **TIMOTHY VO** did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18

U.S.C. § 1114, to wit: E.O., who was engaged in official duties during such person's term of service and caused physical contact.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111)

**COUNT THREE**

On or about the November 9, 2026, within the District of Columbia, **TIMOTHY VO** did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: J.M., who was engaged in official duties during such person's term of service and caused physical contact.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111)

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: César S. Rivera-Giraud
Assistant United States Attorney
Chief, Violent Crime &
Narcotics Trafficking Section